UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON COLETTE, ) <br> ) <br> Defendant. ) | Case No. F05-0040 CR (TWH) |

## NON-OPPOSED MOTION TO CONTINUE PRELIMINARY
## DETENTION ON SHORTENED TIME

Defendant Jason Colette, by and through his undersigned attorney, hereby motions the court to continue the preliminary detention hearing, in the above-referenced case, currently scheduled for Friday, December 2, 2005 at 10:00 a.m., to Friday, December 9, 2005.

This motion is necessitated by the fact that counsel for the government and counsel for the defendant will be meeting to discuss the evidence in the case when the Assistant U.S. Attorney is in Fairbanks the week of December 5, 2005.

It is anticipated that the meeting will likely result in a mutually agreed upon on settlement of the case, thereby negating the necessity for the preliminary detention hearing. In the unlikely event that an agreement cannot be reached a new hearing can be scheduled at that time.

Defendant's counsel has spoken to Assistant U.S. Attorney, Brian Schroeder, and he does not oppose the continuance.

DATED at Fairbanks, Alaska this 2nd day of December, 2005.

STEPOVICH LAW OFFICE

*[signature]*

Allen Vacura ABA# 9506033
Attorney for Defendant
543 2nd Avenue, Suite A
Fairbanks, AK 99701
Telephone: (907) 456-6600
Fax: (907) 452-5205

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing was served on the Office of the Assistant United States Attorney, 222 West Seventh Avenue, #9, Anchorage, AK 99513, this 2nd day of December, 2005.

*[signature]*
Allen Vacura