**FILED**

DEC 7 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ 16 Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON SCOTT COLETTE__  CASE NO. __F05-0040 MJ (TWH)__
Defendant: ___Present X__ In Custody __ On Summons __ On Bond

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____MISTY DAVENPORT_____

UNITED STATES' ATTORNEY: _____BRYAN SCHRODER (TELEPHONIC)_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____TONI OSTANIK_____

PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT ON: Count 1 of
    Complaint   HELD: 11/29/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:59 p.m. court convened.

_X_ Copy of Inf/Ind/Comp given to defendant; waived reading.

_X_ Defendant sworn.

_X_ Waived full advisement of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: _Jason Scott Colette_

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Preliminary Hearing set for _December 2, 2005 @ 10:00 a.m._

_X_ Defendant detained/Detention Hearing set for _December 2, 2005 @ 10:00 a.m_

_X_ Counsel advised no trial date has been set.

At 4:09 p.m. court adjourned.


DATE: _12/07/05_       DEPUTY CLERK'S INITIALS: __md__

F05-0040--MJ (TWH)
/A. VACURA
/B. SCHRODER           US PROBATION
US MARSHAL             MAGISTRATE JUDGE HALL