**FILED**
DEC 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON SCOTT COLETTE__   CASE NO. __F05-0040-MJ (TWH)__
Defendant: __Present  X In Custody  __On Summons  __On Bond

BEFORE THE HONORABLE: __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER: __MISTY DAVENPORT__

UNITED STATES' ATTORNEY: __BRYAN SCHRODER__

DEFENDANT'S ATTORNEY: __ALLEN VACURA__

U.S.P.O.: __TONI OSTANIK__

PROCEEDINGS: PRELIMINARY/DETENTION HEARING   Held: 12/02/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:01 a.m. court convened.

Court and counsel heard re substitution of counsel

Court and counsel heard re Federal Defender, M.J. Haden being dismissed and Allen Vacura being substituted in.

Court and counsel heard re Non-Opposed Motion to Continue Preliminary Detention on Shortened Time.

Court and counsel heard re court signing Order to Continue Preliminary and Detention on Shortened Time.

Court and counsel heard re court re-scheduling Preliminary and Detention hearings for December 8, 2005 @ 9:00 a.m.

At 10:10 a.m. court adjourned.

DATE: 12/07/05                    DEPUTY CLERK'S INITIALS: __md__

F05-0040--MJ (TWH)        /US PROBATION
/A. VACURA
/B. SCHRODER
/US MARSHAL