**FILED**

DEC 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON SCOTT COLETTE__   CASE NO. __F05-0040 MJ (TWH)__
Defendant: __Present  _X_ In Custody  __On Summons  __On Bond

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____MISTY DAVENPORT_____

UNITED STATES' ATTORNEY: _____BRYAN SCHRODER_____

DEFENDANT'S ATTORNEY: _____MIKE STEPOVICH, ALLEN VACURA_____

U.S.P.O.: _____TONI OSTANIK_____

PROCEEDINGS: PRELIMINARY/DETENTION HEARING  Held:12/08/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:07 a.m. court convened.

Court and counsel heard re Preliminary/Detention Hearing.

Michael Foran, DEA Special Agent sworn and testified on behalf of the plaintiff.

Sandra Bauer of Alaska Monitoring Services sworn and testified on behalf of defendant.

Wendy Colette sworn and testified on behalf of the defendant.

Sean Colette sworn and testified on behalf of the defendant.

Court and counsel heard re defendant's proposal to release the defendant with the SCRAM and GPS monitoring system provided by Alaska Monitoring Services.

Defendant's detention continued pending Grand Jury Indictment; Order of Detention Pending Trial **FILED**.

At 10:56 a.m. court adjourned.

List of Exhibits and Witnesses attached.


DATE: __12/09/05_____   DEPUTY CLERK'S INITIALS: __MLD__

F05-0040--MJ (TWH)              US PROBATION
----------------------------------
A. VACURA
B. SCHRODER
US MARSHAL

12-12-05  TG

8